[No. 28813-3-II. Division Two. September 16, 2003.]

WILLIS GORMLEY, ET AL., *Appellants*, v. THE PORT OF PORT ANGELES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-2-00160-5, Thomas J. Majhan, J., entered May 13, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 29007-3-II. Division Two. September 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDRICK BRADLEY CLOE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01284-3, Diane M. Woolard, J., entered June 19, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 29384-6-II. Division Two. September 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ARMON HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00042-8, Bruce W. Cohoe, J., entered September 19, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 29402-8-II. Division Two. September 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN HEATH BUDD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01145-4, Diane M. Woolard, J., entered October 2, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Houghton, J.